# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 Oct, 20 07, while exercising my duties as a law enforcement officer in the Southern District of Oh.io

Your Honor, While performing my duties as a Law Enforcement patrolman in The Prairies at Wright Field, WPAFB I observed a silver in color Plymouth bearing OH registration EBV3883 traveling west on Airway Rd The vehicle appeared to be exceeding the posted speed limit of 45 mph I verified the speed to be 74 mph using the audible tone and visual readout of radar # 5 I initiated a traffic stop and identified the driver as Robinson, Ryan by his OH driver's license The violator was cited and released

The foregoing statement is based upon
☑ my personal observation ; _____ my personal investigation
___ information supplied to me from my fellow officer's observation
___ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 10 02 2007 [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____ _____ U S Magistrate Judge
Date (mm/dd/yyyy)

CVB Scan 1/28/2008 16:37:46

---

3:08 PO37
C4.1

## United States District Court
### Violation Notice

| Violation Number | CVB Location Code | Officer Name (Print) | Officer No |
|---|---|---|---|
| R 3419276 | 05-10 | GONZALEZ | G4196 |

**R 3419276**

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☒State Code |
|---|---|
| 10/02/2007 | ORC 4511.21 |

Place of Offense: Airway and Spinning Rd

Offense Description: UNREASONABLE RATE OF SPEED
74 mph in 45 mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Robinson | Ryan | D |

Date of Birth: /1986

Street Address: 

| City | State | Zip Code |
|---|---|---|
| Riverside | OH | 45424 |

| Drivers License No | D L State | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
| 775 | OH | BRO | HAZ | 5'9" | 190 |

Adult ☒ Juvenile ☐  Sex ☒Male ☐Female

### VEHICLE DESCRIPTION

| Tag No | State | VIN | Year | Make/Model | Color |
|---|---|---|---|---|---|
| EBV3883 | OH | 3P3XA4636MT023974 | 1991 | PLYM/ACLAIM | SILVER |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back or yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT →

### YOUR COURT DATE
(If no court appearance date is shown you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| SB - yes  INS - yes | | |

Case# 2007091062

My signature signifies that I have received a copy of this violation notice It is not an admission of guilt I promise to appear at the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature [signature]

1 of 4

3:08 PO 37
Ct. 2

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 Oct, 20 07 while exercising my duties as a law enforcement officer in the Southern District of Oh. D.

Your Honor, While performing my duties as a Law Enforcement Officer in Prairies at Wright Field, WPAFB I observed a silver Plymouth bearing OH -PC EBV3883 traveling west bound on Airway Rd I initiated a traffic on the vehicle for speed 74 MPH in a 45MPH I identified the driver as Robinson, Ryan by his OH Driver's License#ST362775 I detected a distinct odor of an alcoholic beverage emitting from Robinson's person and/or vehicle I requested Robinson to submit to SFST's, to which he consented SFST's were conducted with sixteen (16) clues of intoxication Robinson was detained for driving under the influence I asked Robinson to consent to a sample of his breath for the purpose of BAC testing to which he consented -For further information refer to Case #20071001102

The foregoing statement is based upon
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 10 02 2007 [signature]
       Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____ _____
       Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 1/28/2008 16 27 46

---

# United States District Court
## Violation Notice

CVB Location Code: 05-10

Violation Number: R 3419277
Officer Name (Print): GONZALEZ
Officer No: G4496

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/02/2007
Offense Charged: ☐ CFR ☐ USC ☒ State Code
State Code: ORC 4511.19 A1a

Place of Offense: Airway and Spinning Rd.

Offense Description: OPERATING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE

### DEFENDANT INFORMATION
Last Name: ROBINSON
First Name: RYAN
M I: D
Street Address: [redacted]
City: RIVERSIDE
State: OH
Zip Code: 45424
Phone: [redacted]
Date of Birth (mm/dd/yyyy): /1986
Social Security No: [redacted]
Drivers License No: [redacted]
D L State: OH
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: RED   Eyes: HAZ   Height: 5'9   Weight: 140

### VEHICLE DESCRIPTION
Tag No: EBV3883   State: OH   VIN: 3P2XA4656MT023794
Year: 91   Make/Model: PLYM/ACLAIM   Color: SILVER

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT → 2 of 4

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address: SB- YES    Date (mm/dd/yyyy): _____   Time (hh mm): _____
              INS - YES

Case # 2007/00/102

My signature signifies that I have received a copy of this violation notice It is not an admission of guilt I promise to appear at the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature: [signature]

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 oct, 20 02 while exercising my duties as a law enforcement officer in the Southern District of OH.O

Your Honor, While performing my duties as a Law Enforcement Officer in Prairies at Wright Field, WPAFB I observed a silver Plymouth bearing OH PC EBV3883 traveling west bound on Airway Rd I initiated a traffic on the vehicle for speed 74 MPH in a 45MPH I identified the driver as Robinson, Ryan by his OH Driver's License#ST362775 I detected a distinct odor of an alcoholic beverage emitting from Robinson's person and/or vehicle I requested Robinson to submit to SFST's, to which he consented SFST's were conducted with sixteen (16) clues of intoxication Robinson was detained for driving under the influence I asked Robinson to consent to a sample of his breath for the purpose of BAC testing to which he consented For further information refer to Case #20071001102

The foregoing statement is based upon
☒ my personal observation  my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 10 02 2007  [signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____  _____  U S Magistrate Judge
Date (mm/dd/yyyy)

CVB Scan 1/28/2008 16:27:46

---

3:08po37
Ct. 3

## United States District Court
### Violation Notice

| CVB Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| 05-10 | R 3419278 | GONZALEZ | 64196 |

R 3419278

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/02/2007
Offense Charged: ☐ CFR ☐ USC ☒ State Code
Offense: OR 4511.19B3
Place of Offense: AIRWAY AND SPINNING RD.
Offense Description: OPERATING A MOTOR VEHICLE WHILE UNDER THE INFLUENCE UNDER 21 with a BAC greater than .02

**DEFENDANT INFORMATION**

Last Name: ROBINSON  First Name: RYAN  M.I.: D
Street Address: [redacted]
City: RIVERSIDE  State: OH  Zip Code: 45424
Date of Birth: 1986
Driver's License No: 775  D.L. State: OH
Social Security No: [redacted]
Hair: RED  Eyes: HAZ  Height: 4090  Weight: 1986
☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female

**VEHICLE DESCRIPTION**

Tag No: EBV3883  State: OH  Year: 91  Make/Model: PLYM/ACCLAIM  Color: SILVER
VIN: 3P3XA4636MT023974

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____  Forfeiture Amount
+ $25  Processing Fee
$ _____  Total Collateral Due

PAY THIS AMOUNT →  3 of 4

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: SB - YES
              INS - YES

Date (mm/dd/yyyy): _____  Time (hh mm): _____

CASE # 2007/001102

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 Oct, 20 07 while exercising my duties as a law enforcement officer in the Southern District of Ohio

Your Honor, While performing my duties as a Law Enforcement Officer in Prairies at Wright Field, WPAFB I observed a silver Plymouth bearing OH PC EBV3883 traveling west bound on Airway Rd. I initiated a traffic on the vehicle for speed 74 MPH in a 45MPH. I identified the driver as Robinson, Ryan by his OH Driver's License#ST362775. I detected a distinct odor of an alcoholic beverage emitting from Robinson's person and/or vehicle. I requested Robinson to submit to SFST's, to which he consented. SFST's were conducted with sixteen (16) clues of intoxication. Robinson was detained for driving under the influence. I asked Robinson to consent to a sample of his breath for the purpose of BAC testing to which he consented. For further information refer to Case #20071001102

The foregoing statement is based upon
☑ my personal observation        ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 10 02 2007 [signature]
           Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
           Date (mm/dd/yyyy)  U.S. Magistrate Judge

CVB Scan 1/28/2008 16:37:46

---

3:08po 37
Ct. 4

---

## United States District Court
### Violation Notice

| | | |
|---|---|---|
| Violation Number | CVB Location Code | |
| R 3419279 | OS-10 | |
| Officer Name (Print) | | Officer No |
| GONZALEZ | | 6496 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/02/2007
Offense Charged: ☐ CFR ☐ USC ☑ State Code: ORC 4301.69
Place of Offense: AIRWAY AND SPINNING RD
Offense Description: UNDERAGE CONSUMPTION

**DEFENDANT INFORMATION**
Last Name: ROBINSON   First Name: RYAN   MI: D
Street Address: [redacted]
City: RIVERSIDE   State: OH   Zip Code: 45424
Driver's License No: 775   D.L. State: OH   Date of Birth: 1986   Social Security No: 4090
☑ Adult  ☐ Juvenile   Sex: ☑ Male ☐ Female   Hair: RED   Eyes: HZL   Height: 5'9"   Weight: 140

**VEHICLE DESCRIPTION**
Tag No: EBV3883   State: OH   Year: 91   Make/Model: PLYM/ALIANZ   Color: SILVER
VIN: 3P3XA463LMT023474

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail)
Court Address: SB - YES  INS - YES
Date: CSRH 2007/09/02   Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature [signature]

R 3419279